Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  19–16182–MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas E. Hughes
   22 East Mill Creek Road
   Eastampton Twp., NJ 08060

Social Security No.:
   xxx–xx–9671

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         6/11/19
Time:        10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 11, 2019
JAN: vpm

                         Jeanne Naughton
                         Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-16182-MBK
Thomas E. Hughes                                                                          Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Apr 11, 2019
                                Form ID: 132             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db             +Thomas E. Hughes,    22 East Mill Creek Road,    Eastampton Twp., NJ 08060-5306
518145492     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
518145493      +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
518145495      +CC Holdings,    101 Crossways Park Dr W,    Woodbury, NY 11797-2020
518145494      +CC Holdings,    Attn: Card Services,    Po Box 9201,    Old Bethpage, NY 11804-9001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2019 00:10:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2019 00:09:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518145497       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 12 2019 00:10:17      Jefferson Capital Systems, LLC,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
518145496       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 12 2019 00:10:17      Jefferson Capital Systems, LLC,
                 Po Box 1999,    Saint Cloud, MN 56302
518170922       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 12 2019 00:15:28      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
518145498      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 12 2019 00:15:29
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
518145499      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 12 2019 00:16:39
                 LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
518145501      +E-mail/Text: bankruptcy@sccompanies.com Apr 12 2019 00:11:07      Midnight Velvet,
                 1112 7th Ave,    Monroe, WI 53566-1364
518145500      +E-mail/Text: bankruptcy@sccompanies.com Apr 12 2019 00:11:07      Midnight Velvet,
                 Attn: Bankruptcy,    1112 7th Avenue,    Monroe, WI 53566-1364
518147868      +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2019 00:17:11      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Paul H. Young    on behalf of Debtor Thomas E. Hughes ykassoc@gmail.com,
               lesliebrown.paralegal@gmail.com,tkennedy@ymalaw.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4