Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–16182–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Thomas E. Hughes
 22 East Mill Creek Road
 Eastampton Twp., NJ 08060

Social Security No.:
 xxx–xx–9671

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/10/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 10, 2020
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-16182-MBK
Thomas E. Hughes                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Jan 10, 2020
                             Form ID: 148          Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db              +Thomas E. Hughes,    22 East Mill Creek Road,    Eastampton Twp., NJ 08060-5306
518145493       +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
518145495       +CC Holdings,    101 Crossways Park Dr W,    Woodbury, NY 11797-2020
518145494       +CC Holdings,    Attn: Card Services,    Po Box 9201,    Old Bethpage, NY 11804-9001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2020 00:31:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518145492        EDI: BANKAMER.COM Jan 11 2020 04:53:00      Bank of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
518285007        EDI: BANKAMER.COM Jan 11 2020 04:53:00      Bank of America, N.A.,    PO Box 31785,
                 Tampa, FL 33631-3785
518196386        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 11 2020 00:36:47
                 CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
518210582        EDI: JEFFERSONCAP.COM Jan 11 2020 04:58:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
518210582        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 11 2020 00:32:20      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518145497        EDI: JEFFERSONCAP.COM Jan 11 2020 04:58:00      Jefferson Capital Systems, LLC,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
518145497        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 11 2020 00:32:20      Jefferson Capital Systems, LLC,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
518145496        EDI: JEFFERSONCAP.COM Jan 11 2020 04:58:00      Jefferson Capital Systems, LLC,    Po Box 1999,
                 Saint Cloud, MN 56302
518145496        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 11 2020 00:32:20      Jefferson Capital Systems, LLC,
                 Po Box 1999,    Saint Cloud, MN 56302
518170922        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 11 2020 00:36:12      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
518145498       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 11 2020 00:35:25
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
518145499       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 11 2020 00:35:24
                 LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
518190309       +EDI: CBSMASON Jan 11 2020 04:53:00      Mason,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
518145501       +EDI: CBS7AVE Jan 11 2020 04:58:00      Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
518145500       +EDI: CBS7AVE Jan 11 2020 04:58:00      Midnight Velvet,    Attn: Bankruptcy,    1112 7th Avenue,
                 Monroe, WI 53566-1364
518190308       +EDI: CBS7AVE Jan 11 2020 04:58:00      Montgomery Ward,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
518203456       +EDI: CBSMASON Jan 11 2020 04:53:00      Stoneberry,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
518147868       +EDI: RMSC.COM Jan 11 2020 04:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                     TOTAL: 20


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm               BANK OF AMERICA,    Fein, Such, Kahn and Shepard, P.C.
                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                              Signature:  /s/Joseph Speetjens

District/off: 0312-3          User: admin             Page 2 of 2          Date Rcvd: Jan 10, 2020
                             Form ID: 148             Total Noticed: 21

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
        Albert  Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
    bkgroup@kmllawgroup.com
        Paul H. Young    on behalf of Debtor Thomas E. Hughes ykassoc@gmail.com,
    lesliebrown.paralegal@gmail.com,tkennedy@ymalaw.com,eperez@ymalaw.com,pyoung@ymalaw.com
        Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                             TOTAL: 5